UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JASON MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1049 DDN |
| | ) | |
| HERBERT L. BERNSEN, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Clerk of Court was unable to serve process on defendants Unknown Sanchez, Unknown Woods, or Unknown Davis because officials at the St. Louis County Justice Center were not able to identify these defendants. And the Clerk was unable to serve process on defendant Milton Mitchell because he is retired. As a result, the Court will order plaintiff to provide it with the full names of the Unknown defendants and with the correct address for defendant Mitchell.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must provide the Court with the full names of the Unknown defendants and with the correct address for defendant Mitchell no later than twenty-eight (28) days from the date of this Order.

                                                     /s/ David D. Noce
                                    **UNITED STATES MAGISTRATE JUDGE**

Signed on November 9, 2015.